UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-35029-H3-7 |
| | § | Chapter 7 |
| THOMAS CALVERT SCOTT & | § | |
| TAMMI LYNN SCOTT | § | |
| | § | |
| Debtors | § | |

<u>**NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE**</u>

**THIS NOTICE SEEKS ACTION THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE NOTICE, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 14 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE RELIEF SOUGH SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO: THE UNITED STATES TRUSTEE, DEBTOR AND PARTIES IN INTEREST:

NOTICE pursuant to 11 U.S.C. § 554(a) is hereby given that Allison D. Byman, Trustee for the above captioned bankruptcy estate, intends to abandon the bankruptcy estate's interest in all vehicles scheduled on Debtors' schedule A/B at item numbers 3.1 to 3.17 inclusive, and item 39 and listed with a combined value of $470,000.00 (the "Vehicles"). An exhaustive list of the Vehicles is attached hereto as **<u>Exhibit A</u>**.

Trustee reviewed the Debtor's schedules to determine that secured liens attach to the Vehicles. The liens are equal to or in excess of the value of the vehicles. Therefore, the Trustee believes that

liquidation of the Vehicles would be burdensome to the estate and would result in no meaningful recovery for unsecured creditors.

Unless an objection and request for hearing is timely filed with the Bankruptcy Court and served upon the Trustee within fourteen (14) days of the mailing of this notice, the estate's ownership of the Inventory will be deemed abandoned without any order or further notice.

Respectfully submitted,

By: */s/ Allison Byman*

Allison Byman, Trustee
7924 Broadway, Suite 104
Pearland, TX 77581
Telephone: 281-884-9262