UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-35029 |
| | § | |
| THOMAS CALVERT SCOTT | § | |
| TAMMI LYNN SCOTT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## RESIGNATION OF TRUSTEE

I, Allison D. Byman, chapter 7 trustee, hereby resign as trustee of the above entitled and numbered proceeding. I have neither received any property nor paid any money on account of this estate.

DATED: April 16, 2021.

Respectfully submitted,

_____
Allison D. Byman, Trustee
SBN: 24040773
Byman & Associates PLLC
7924 Broadway, Suite 104
Houston, TX 77002
281.884.9269 Phone
adb@bymanlaw.com

## CERTIFICATE OF REVIEW

The United States Trustee has reviewed and approved the foregoing report for compliance with Title 11.

United States Trustee
Region 7

Dated: _____April 20, 2021_____

By: ___/s/ Millie Sall (signed by permission)___
Assistant U.S. Trustee